# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: JOHN H. SQUIRES

Hearing Date: July 17, 2009

Bankruptcy Case No.: 09 B 19088

Adversary No.:

Title of Case: Frank J. Harrington, Jr.

Brief Statement of Motion: Motion of Community Bank of Elmhurst to modify automatic stay

Names and Addresses of moving counsel:

Representing:

## ORDER

Continued to August 28, 2009 at 10:00 a.m. for final hearing. Any further papers are due on or before August 14, 2009. Reply is due on or before August 21, 2009.

/s/ John H. Squires

6/11/99